**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   14-cr-00205-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.    BRENDA HUSSEY,

        Defendant.

_____

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENT**
_____

The United States of America, by and through United States Attorney John F. Walsh and the undersigned Assistant United States Attorney, respectfully moves to restrict the document and attachments, any Order revealing the contents of that document, and the Brief filed in support of this motion, for the reasons stated in the Brief filed in support of this motion.  The United States requests a "Level 2" Restriction which would make the document and attachment, any Order revealing the contents of that document and the Brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

Respectfully submitted this 16th day of December, 2014.

                                      JOHN F. WALSH
                                      United States Attorney

             BY:    *s/Michele R. Korver*
                     MICHELE R. KORVER
                     Assistant U.S. Attorney
                     United States Attorney's Office
                     1225 17th Street, Suite 700
                     Denver, Colorado 80202
                     Telephone: (303)454-0100
                     E-mail:  Michele.Korver@usdoj.gov
                     Attorney for the Government