IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number 14-cr-00205-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. GRAHAM HIRSH,**

    Defendant.

---

**MOTION TO FILE RESTRICTED DOCUMENT**

---

**COMES NOW** GRAHAM HIRSH, by and through counsel, and respectfully moves the Court to enter an Order granting him permission to file a document entitled "Objections to Exhibit "B" of Presentence Report", and the Brief filed in support of this motion, as Level 2 Restricted documents, for the reasons stated in the Brief in support of this motion which is being filed contemporaneously herewith. A "Level 2" Restriction would make the document and Brief filed in support of this motion, "Viewable by Selected Parties & Court" only.

Defendant has separately filed an Unopposed Motion for Leave to File Objections to Exhibit B of Presentence Report One Day Late on March 17, 2015. (D.E. #65). Counsel has not sought the position of U.S. Attorney Michele Korver on the request to file the objections to Exhibit B under restriction, as she would not be in the office at this hour.

**WHEREFORE**, Defendant requests the Court to issue an Order granting him leave to file his Objections to Exhibit B to Presentence Report at a Level 2 restriction until further Order of the Court, and for any other or further relief as the Court deems appropriate.

Respectfully Submitted,

s/ Jeralyn E. Merritt

_____
JERALYN E. MERRITT, Esq.
600 17th Street, Suite 2800-S
Denver, Colorado 80202
(303) 837-1837 (Phone)
(720) 904-9197(Fax)
Jeralynm@gmail.com (e-mail)

Attorney for Graham Hirsh

## CERTIFICATE OF SERVICE (CM/ECF)

**I HEREBY CERTIFY** that I have this 17th day of March, 2015, electronically filed the foregoing **Motion** with the Clerk of Court using the ECF system which will send notification of such filing to:

Michele Korver, Assistant U.S. Attorney
e-mail: Michele.Korver@usdoj.gov

and to the e-mail addresses of all counsel of record in the case.

s/ Jeralyn E. Merritt
_____